UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Michael Miller<br><br>Debtor(s)<br><br>MARILYN O. MARSHALL,<br>STANDING CHAPTER 13 TRUSTEE<br><br>Plaintiff(s)<br>The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of CWALT, Inc<br><br>Defendant(s) | BK No.:   16-08579<br><br>Chapter:  13<br><br>Honorable David D. Cleary<br><br>Adv. No.: 22-00044 |

### ORDER DISMISSING ADVERSARY PROCEEDING

This matter coming to be heard for status hearing, all parties being duly noticed and all issues resolved, it is hereby ordered:

1) Defendant The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of CWALT, Inc., Alternative Loan Trust 2005-1CB, Mortgage Pass-Through Certificates, Series 2005- 1CB, through its servicing agent Defendant Bank of America, N.A., agrees to and shall turnover funds to the Chapter 13 Trustee in the amount of $17,054.49.

2) The above entitled adversary complaint is dismissed with prejudice.

Enter:

*/s/ David D. Cleary*

United States Bankruptcy Judge

Dated: July 11, 2022

**Prepared by:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 S. Michigan Ave. Suite 800
Chicago, IL 60604 (312) 431-6533